IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| PETE GARCIA, | § | |
| Plaintiff, | § | |
| v. | § | 2:18-CV-095-D |
| CITY OF AMARILLO, TEXAS, | § | |
| Defendant. | § | |

### **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the October 29, 2018 findings, conclusions, and recommendation of the United States Magistrate Judge, the court concludes the magistrate judge's findings and conclusions are correct. The recommendation of the magistrate judge is adopted, and defendant's May 15, 2018 motion to dismiss is denied without prejudice as moot.

**SO ORDERED**.

November 30, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE