**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **PETE GARCIA,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| **v.** | § | **CIVIL CASE NO. 2:18-cv-95-D** |
| | § | |
| **CITY OF AMARILLO, TEXAS,** | § | |
| | § | |
| ***Defendant*.** | § | |

**APPENDIX IN SUPPORT**
**OF PLAINTIFF'S MOTION TO COMPEL**

| | |
|---|---|
| City of Amarillo's Responses and Objections to Plaintiff's Notice of Rule 30(b)(6) Depositions | Appendix 1-5 |
| Notice of Rule 30(b)(6) Deposition (Mitch Norman) of the City of Amarillo | Appendix 6-8 |
| First Amended Notice of Deposition of Jeff Greenlee | Appendix 9-10 |
| Notice of Deposition of Mitchell Normand | Appendix 11-12 |
| Supplemental Notice of Rule 30(b)(6) Deposition of the City of Amarillo | Appendix 13-15 |
| City of Amarillo's Responses and Objections to Plaintiff's Supplemental Notice of Rule 30(b)(6) Deposition of the City of Amarillo | Appendix 16-18 |
| City of Amarillo's Amended Responses to Plaintiff's Supplemental Notice of Rule 30(b)(6) Deposition of the City of Amarillo | Appendix 19-21 |
| Mitch Normand May 21, 2019 Deposition Excerpts | Appendix 22-29 |

July 25, 2019.

Respectfully submitted,

MULLIN HOARD & BROWN, LLP
Elizabeth A. Bones, SBN 24064027
bbones@mhba.com
2515 McKinney Avenue, Suite 900
Dallas, Texas 75201
(214) 754-0040
(214)754-0043 – facsimile

Shawn D. Twing, Texas SBN: 00798008
stwing@mhba.com
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
(806) 372-5050
(806) 372-5086 – facsimile

/s/ Elizabeth A. Chermel
Elizabeth A. Chermel

***Attorneys for Plaintiff Pete Garcia***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ***Appendix in Support of Plaintiff's Motion to Compel*** has been served July 25, 2019, to the following counsel of record, via the court's ECF electronic filing system:

Bettye Lynn
LYNN LAW, PLLC
blynn@lglawfirm.com
306 West Broadway Avenue
Fort Worth, Texas 76104

Bryan McWilliams
bryan.mcwilliams@amarillo.gov
City Attorney, City of Amarillo
Leslie Schmidt
leslie.schmidt@amarillo.gov
Senior Assistant City Attorney, City of Amarillo
P.O. Box 1971
Amarillo, Texas 79101

***Attorneys for City of Amarillo, Texas***

/s/ Elizabeth A. Chermel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **PETE GARCIA** | § | |
| ***Plaintiff*** | § | |
| **v.** | § | **CIVIL ACTION NO. 2:18-cv-95-D** |
| | § | |
| **CITY OF AMARILLO, TEXAS** | § | |
| ***Defendant*** | § | |

**CITY OF AMARILLO'S RESPONSES AND OBJECTIONS**
**TO PLAINTIFF'S NOTICE OF RULE 30 (b)(6) DEPOSITIONS**

**COMES NOW** the City of Amarillo and provides its responses and objections to Plaintiff's Notice of FRCP Rule 30(b)(6) Depositions, as follows.

Below are identified the witnesses who are knowledgeable on the matters you provided in Exhibit A of Plaintiff's Notice of Rule 30(b)(6) Deposition to the City of Amarillo.

1) Any complaints made against Pete Garcia from May 2017 until the date of his termination from employment with the City of Amarillo Fire Department.

   Marcus Lusk – retired
   Jeff Greenlee

2) The City's handling of Pete Garcia's workers compensation claim and related medical leave resulting from his May 5, 2017 injury.

   **Response:**
   Jim Smith – retired
   Wes Hall

3) The City's FMLA policy and related practices and procedures.

   **Response:**
   Mitch Normand

4) The City's attempts to accommodate Pete Garcia's disability following his return to work after his May 15, 2017 injury.

   **Response:**
   Wes Hall
   Jeff Greenlee

5) Pete Garcia's work e-mail account ending @amarillo.gov.

**Objection:**
The City objects to this request, as it is unclear and ambiguous. Clarify this request so that the City can properly respond.

6) The City's email retention policy.

**Response:**
Rich Gagnon

7) The City's discipline policies and procedures.

**Response:**
Mitch Normand
Jeff Greenlee

8) The Fire Department's discipline policies and procedures if different from the City's.

**Response:**
Jeff Greenlee

9) The information in the packet given to Pete Garcia on November 16, 2017, and the reason Pete Garcia was asked to sign the packet.

**Response:**
Wes Hall
Jeff Greenlee

10) The City's requirement that its employees, including fire fighters, check their work e-mail accounts.

**Response:**
None

11) The events that transpired on May 15, 2017, during which Pete Garcia was injured when Swires and Ramirez blew a fire engine's horn in close proximity to Pete Garcia.

**Objection:**
The City objects to this request, as it is overly broad as to the meaning of "events that transpired." Clarify this request. Depending upon the clarification of this request below are the individuals who may have knowledge regarding this request.

**Response:**
Nicholas Ramirez – retired
Eric Swires – retired
Joe Ward – retired
Jeff Greenlee

12) The events that transpired on November 16, 2017, during which Pete Garcia was participating in training and was asked to sign a packet of paperwork.

**Response:**
Wes Hall
Marcus Lusk – retired
Jason Mays
Chelsea Sparks

13) The events that transpired on November 20, 2017, during which Pete Garcia was present at the Station 5 to check his work e-mail account.

**Response:**
Jacob Oehlert
Jeff Greenlee
Jason Mays
Richard Thompson

14) Knowledge of Pete Garcia's employment history with the City.

**Objection:**
The City objects to this request, as it is overly broad. Clarify this request so that the City can properly respond.

15) Knowledge of Pete Garcia's (a) job responsibilities, (b) duties, (c) goals, (d) expectations, etc.

**Response:**
(a) & (b) – Jeff Greenlee
**Objection:**
(c) & (d) – The City objects to this request, as it is vague and ambiguous. Clarify this request, in particular how any witness other than Plaintiff would have knowledge of Garcia's "goals and expectations, etc."

16) The City's decision to terminate Pete Garcia effective December 1, 2017.

**Response:**
Jeff Greenlee

Dated: April 24, 2019

Respectfully submitted,

*/s/ Bettye Lynn*

State Bar No. 11540500
Lynn Law, PLLC
306 West Broadway Avenue
Fort Worth, Texas 76104
Telephone: (817) 332-8504
Facsimile: (817) 332-8548
blynn@lglawfirm.com
Of Counsel
**LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.**

Bryan McWilliams
State Bar No. 24049776
City Attorney
Bryan.Mcwilliams@amarillo.gov
Leslie Spear Schmidt
State Bar No. 21202700
Senior Assistant City Attorney

Leslie.Schmidt@amarillo.gov
City of Amarillo
601 S. Buchanan, City Hall
Amarillo, Texas 79101
Telephone: (806) 378-6067
Facsimile: (806) 378-5262

***Attorneys for Defendant City of Amarillo***

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of April 2019, a true and correct copy of the foregoing document has been served to the following counsel of record, via email:

Shawn D. Twing
Mullin, Hoard & Brown, LLP
500 South Taylor, Suite 800
Amarillo, Texas 79120
stwing@mhba.com

Elizabeth Bones
Mullin, Hoard & Brown, LLP
2515 McKinney Ave., Suite 900
Dallas, Texas 75201
bbones@mhba.com

***Attorneys for Plaintiff Pete Garcia***

*/s/ Bettye Lynn*
Bettye Lynn

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **PETE GARCIA,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **CIVIL CASE NO. 2:18-cv-95-D** |
| | § | |
| **CITY OF AMARILLO, TEXAS,** | § | |
| | § | |
| ***Defendant.*** | § | |

**NOTICE OF RULE 30(b)(6) DEPOSITION (MITCH NORMAN)**
**OF THE CITY OF AMARILLO**

TO: Bettye Lynn, Lynn Law, pllc, 306 West Broadway Avenue, Fort Worth, Texas 77010; blynn@lglawfirm.com.

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Pete Garcia ("Garcia") will take the deposition of Mitch Norman, a representative of Defendant City of Amarillo ("the City") before a certified court reporter beginning at 9:00 am on May 21, 2019, at the offices of the City of Amarillo, 601 S. Buchanan, Room 205, Amarillo, TX 79105. The deposition will continue day to day until completed. The matters for examination in this 30(b)(6) deposition are set forth in Exhibit A attached hereto.

Dated: May 9, 2019

Respectfully submitted,

MULLIN HOARD & BROWN, LLP
Shawn D. Twing, Texas SBN: 00798008
stwing@mhba.com
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
(806) 372-5050
(806) 372-5086 – facsimile

Elizabeth A. Bones, SBN 24064027
bbones@mhba.com

2515 McKinney Avenue, Suite 900
Dallas, Texas 75201
(214) 754-0040
(214)754-0043 – facsimile

/s/ Shawn D. Twing
Shawn D. Twing
***Attorneys for Plaintiff Pete Garcia***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this 9th day of May, 2019, to the following counsel of record, via e-mail:

Bettye Lynn
LYNN LAW, PLLC
blynn@lglawfirm.com
306 West Broadway Avenue
Fort Worth, Texas 76104

Bryan McWilliams
bryan.mcwilliams@amarillo.gov
City Attorney, City of Amarillo
Leslie Schmidt
leslie.schmidt@amarillo.gov
Senior Assistant City Attorney, City of Amarillo
P.O. Box 1971
Amarillo, Texas 79101

***Attorneys for City of Amarillo, Texas***

/s/ Shawn D. Twing

**EXHIBIT A**
**TO NOTICE OF RULE 30(b)(6) DEPOSITION (MITCH NORMAN)**
**OF THE CITY OF AMARILLO**

Pete Garcia requests the City to produce for oral examination a representative or representatives knowledgeable on the following matters:

1.     The City's FMLA policy and related practices and procedures. (Original Notice Topic 3).

2.     The City's discipline policies and procedures. (Original Notice Topic 7).

3.     Knowledge of Pete Garcia's employment history with the City. (Original Notice Topic 14).


[END]

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **PETE GARCIA,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | **CIVIL CASE NO. 2:18-cv-95-D** |
| | § | |
| **CITY OF AMARILLO, TEXAS,** | § | |
| | § | |
| ***Defendant.*** | § | |

**FIRST AMENDED NOTICE OF DEPOSITION OF JEFF GREENLEE**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Pete Garcia ("Garcia") will take the deposition of **Jeff Greenlee**, before a certified court reporter beginning at 9:00 a.m. on May 23, 2019, at the offices of the City of Amarillo, 601 S. Buchanan, Room 205, Amarillo, TX 79105.

The deposition will continue day to day until completed.

DATED: April 11, 2019.

Respectfully submitted,

MULLIN HOARD & BROWN, LLP
Shawn D. Twing, Texas SBN: 00798008
stwing@mhba.com
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
(806) 372-5050
(806) 372-5086 – facsimile

Elizabeth A. Bones, SBN 24064027
bbones@mhba.com
2515 McKinney Avenue, Suite 900
Dallas, Texas 75201
(214) 754-0040
(214)754-0043 – facsimile

/s/ Shawn D. Twing
Shawn D. Twing
***Attorneys for Plaintiff Pete Garcia***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served this 9th day of May, 2019, to the following counsel of record, via e-mail:

Bettye Lynn
LYNN LAW, PLLC
blynn@lglawfirm.com
306 West Broadway Avenue
Fort Worth, Texas 76104

Bryan McWilliams
bryan.mcwilliams@amarillo.gov
City Attorney, City of Amarillo
Leslie Schmidt
leslie.schmidt@amarillo.gov
Senior Assistant City Attorney, City of Amarillo
P.O. Box 1971
Amarillo, Texas 79101

***Attorneys for City of Amarillo, Texas***

/s/ Shawn D. Twing

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **PETE GARCIA,** | **§** | |
| | **§** | |
| ***Plaintiff,*** | **§** | |
| **v.** | **§** | **CIVIL CASE NO. 2:18-cv-95-D** |
| | **§** | |
| **CITY OF AMARILLO, TEXAS,** | **§** | |
| | **§** | |
| ***Defendant.*** | **§** | |

**NOTICE OF DEPOSITION OF MITCHELL NORMAND**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Pete Garcia ("Garcia") will take the deposition of **Mitchell Normand**, before a certified court reporter beginning at 1:30 p.m. on June 28, 2019, at the offices of the City of Amarillo, 601 S. Buchanan, Room 205, Amarillo, TX 79105.

The deposition will continue day to day until completed.

June 10, 2019.

Respectfully submitted,

MULLIN HOARD & BROWN, LLP
Shawn D. Twing, Texas SBN: 00798008
stwing@mhba.com
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
(806) 372-5050
(806) 372-5086 – facsimile

Elizabeth A. Bones, SBN 24064027
bbones@mhba.com
2515 McKinney Avenue, Suite 900
Dallas, Texas 75201
(214) 754-0040
(214)754-0043 – facsimile

/s/ Shawn D. Twing
Shawn D. Twing
***Attorneys for Plaintiff Pete Garcia***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this 10th day of June, 2019, to the following counsel of record, via e-mail:

Bettye Lynn
LYNN LAW, PLLC
blynn@lglawfirm.com
306 West Broadway Avenue
Fort Worth, Texas 76104

Bryan McWilliams
bryan.mcwilliams@amarillo.gov
City Attorney, City of Amarillo
Leslie Schmidt
leslie.schmidt@amarillo.gov
Senior Assistant City Attorney, City of Amarillo
P.O. Box 1971
Amarillo, Texas 79101

***Attorneys for City of Amarillo, Texas***

/s/ Shawn D. Twing

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **PETE GARCIA,** | **§** | |
| | **§** | |
| ***Plaintiff,*** | **§** | |
| **v.** | **§** | **CIVIL CASE NO. 2:18-cv-95-D** |
| | **§** | |
| **CITY OF AMARILLO, TEXAS,** | **§** | |
| | **§** | |
| ***Defendant.*** | **§** | |

**SUPPLEMENTAL NOTICE OF RULE 30(b)(6) DEPOSITION**
**OF THE CITY OF AMARILLO**

TO: Bettye Lynn, Lynn Law, pllc, 306 West Broadway Avenue, Fort Worth, Texas 77010; blynn@lglawfirm.com.

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Pete Garcia ("Garcia") will take the deposition of a representative or representatives of Defendant City of Amarillo ("the City") before a certified court reporter on June 28th, 2019, beginning at 9:30 am at the offices of the City of Amarillo, 601 S. Buchanan, Room 205, Amarillo, TX 79105. The deposition(s) will continue day to day until completed. The supplemental matter for examination in this 30(b)(6) deposition is set forth in Exhibit A attached hereto.

June 7, 2019.

Respectfully submitted,

MULLIN HOARD & BROWN, LLP
Shawn D. Twing, Texas SBN: 00798008
stwing@mhba.com
500 S. Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
(806) 372-5050
(806) 372-5086 – facsimile

Elizabeth A. Bones, SBN 24064027
bbones@mhba.com
2515 McKinney Avenue, Suite 900
Dallas, Texas 75201
(214) 754-0040
(214)754-0043 – facsimile

/s/ Shawn D. Twing
Shawn D. Twing
***Attorneys for Plaintiff Pete Garcia***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served this 7th day of June, 2019, to the following counsel of record, via email:

Bettye Lynn
LYNN LAW, PLLC
blynn@lglawfirm.com
306 West Broadway Avenue
Fort Worth, Texas 76104

Bryan McWilliams
bryan.mcwilliams@amarillo.gov
City Attorney, City of Amarillo
Leslie Schmidt
leslie.schmidt@amarillo.gov
Senior Assistant City Attorney, City of Amarillo
P.O. Box 1971
Amarillo, Texas 79101

***Attorneys for City of Amarillo, Texas***

/s/ Shawn D. Twing

**EXHIBIT A**
**TO SUPPLEMENTAL NOTICE OF RULE 30(b)(6)**
**DEPOSITION OF THE CITY OF AMARILLO**

Pete Garcia requests the City to produce for oral examination a representative or representatives knowledgeable on the following matter:

Topic 17:

1) Knowledge of Eric Swires' employment history with the City and Amarillo Fire Department, such as Swires' performance, including any evaluations and/or reviews, and any disciplinary issues.

2) Eric Swires' fraud allegation against Pete Garcia regarding Garcia's workers compensation claim, including any internal complaints and/or reports within the City or Fire Department.

3) Any threats Eric Swires made against the City employees, including against Pete Garcia.

4) The decision to terminate Eric Swires from employment with the City and Amarillo Fire Department.

[END]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **PETE GARCIA** | **§** | |
| ***Plaintiff*** | **§** | |
| **v.** | **§** | **CIVIL ACTION NO. 2:18-cv-95-D** |
| | **§** | |
| **CITY OF AMARILLO, TEXAS** | **§** | |
| ***Defendant*** | **§** | |

**CITY OF AMARILLO'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S SUPPLEMENTAL NOTICE OF RULE 30 (b)(6) DEPOSITION OF THE CITY OF AMARILLO**

**COMES NOW** the City of Amarillo and provides its responses and objections to Plaintiff's Supplemental Notice of FRCP Rule 30(b)(6) Depositions, as follows.

Below are identified the witnesses who are knowledgeable on the matters you provided in Exhibit A to Plaintiff's Supplemental Notice of Rule 30(b)(6) Deposition of the City of Amarillo.

Topic 17:

1) Knowledge of Eric Swires' employment history with the City and Amarillo Fire Department, such as Swires' performance, including any evaluations and/or reviews, and any disciplinary issues.

**Response:**
Jeff Greenlee
Rick Blandford (retired)

2) Eric Swires' fraud allegation against Pete Garcia regarding Garcia's workers compensation claim, including any internal complaints and/or reports within the City or Fire Department.

**Response:**
Jim Smith – retired; no longer employed with the City of Amarillo

3) Any threats Eric Swires made against the City employees, including against Pete Garcia.

<u>**Response:**</u>
None

4) The decision to terminate Eric Swires from employment with the City and Amarillo Fire Department.

<u>**Response:**</u>
Jeff Greenlee
Rick Blandford (retired)

Dated: June 19, 2019

Respectfully submitted,

*/s/ Bettye Lynn*

State Bar No. 11540500
Lynn Law, PLLC
306 West Broadway Avenue
Fort Worth, Texas 76104
Telephone: (817) 332-8504
Facsimile: (817) 332-8548
blynn@lglawfirm.com
Of Counsel
**LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.**

Bryan McWilliams
State Bar No. 24049776
City Attorney, City of Amarillo
Bryan.Mcwilliams@amarillo.gov
Leslie Spear Schmidt
State Bar No. 21202700
Sr. Assistant City Attorney, City of Amarillo
Leslie.Schmidt@amarillo.gov
601 S. Buchanan, City Hall
Amarillo, Texas 79101
Telephone: (806) 378-6067
Facsimile: (806) 378-5262

***Attorneys for Defendant City of Amarillo***

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of June 2019, a true and correct copy of the foregoing document has been served to the following counsel of record, via email:

Shawn D. Twing
Mullin, Hoard & Brown, LLP
500 South Taylor, Suite 800
Amarillo, Texas 79120
stwing@mhba.com

Elizabeth Bones
Mullin, Hoard & Brown, LLP
2515 McKinney Ave., Suite 900
Dallas, Texas 75201
bbones@mhba.com

***Attorneys for Plaintiff Pete Garcia***

*/s/ Bettye Lynn*
Bettye Lynn

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **PETE GARCIA** | **§** | |
| ***Plaintiff*** | **§** | |
| **v.** | **§** | **CIVIL ACTION NO. 2:18-cv-95-D** |
| | **§** | |
| **CITY OF AMARILLO, TEXAS** | **§** | |
| ***Defendant*** | **§** | |

**CITY OF AMARILLO'S AMENDED RESPONSES
TO PLAINTIFF'S SUPPLEMENTAL NOTICE OF
RULE 30 (b)(6) DEPOSITION OF THE CITY OF AMARILLO**

**COMES NOW** the City of Amarillo and provides its amended responses to Plaintiff's Supplemental Notice of FRCP Rule 30(b)(6) Depositions, as follows.

Below are identified the witnesses who are knowledgeable on the matters you provided in Exhibit A to Plaintiff's Supplemental Notice of Rule 30(b)(6) Deposition of the City of Amarillo.

Topic 17:

1) Knowledge of Eric Swires' employment history with the City and Amarillo Fire Department, such as Swires' performance, including any evaluations and/or reviews, and any disciplinary issues.

   **Response:**
   Jeff Greenlee

2) Eric Swires' fraud allegation against Pete Garcia regarding Garcia's workers compensation claim, including any internal complaints and/or reports within the City or Fire Department.

   **Response:**
   Jim Smith – retired; no longer employed with the City of Amarillo

3) Any threats Eric Swires made against the City employees, including against Pete Garcia.

   **Response:**
   None

4) The decision to terminate Eric Swires from employment with the City and Amarillo Fire Department.

**Response:**
Jeff Greenlee

Dated: June 21, 2019

Respectfully submitted,

*/s/ Bettye Lynn*

State Bar No. 11540500
Lynn Law, PLLC
306 West Broadway Avenue
Fort Worth, Texas 76104
Telephone: (817) 332-8504
Facsimile: (817) 332-8548
blynn@lglawfirm.com
Of Counsel
**LLOYD GOSSELINK ROCHELLE & TOWNSEND, P.C.**

Bryan McWilliams
State Bar No. 24049776
City Attorney, City of Amarillo
Bryan.Mcwilliams@amarillo.gov
Leslie Spear Schmidt
State Bar No. 21202700
Sr. Assistant City Attorney, City of Amarillo
Leslie.Schmidt@amarillo.gov
601 S. Buchanan, City Hall
Amarillo, Texas 79101
Telephone: (806) 378-6067
Facsimile: (806) 378-5262

***Attorneys for Defendant City of Amarillo***

**CERTIFICATE OF SERVICE**

I certify that on the 21st day of June 2019, a true and correct copy of the foregoing document has been served to the following counsel of record, via email:

Shawn D. Twing
Mullin, Hoard & Brown, LLP
500 South Taylor, Suite 800
Amarillo, Texas 79120
stwing@mhba.com

Elizabeth Bones
Mullin, Hoard & Brown, LLP
2515 McKinney Ave., Suite 900
Dallas, Texas 75201
bbones@mhba.com

***Attorneys for Plaintiff Pete Garcia***

*/s/ Bettye Lynn*
Bettye Lynn

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

PETE GARCIA,
Plaintiff,

§ CIVIL ACTION NO.:
VS. § 2:18-cv-95-d

CITY OF AMARILLO, TEXAS,
Defendant.

*******************************************************

ORAL DEPOSITION OF

MITCH NORMAND

MAY 21, 2019

*******************************************************

ORAL DEPOSITION of MITCH NORMAND, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 21st day of May 2019, from 9:16 a.m. to 9:42 a.m., before Lynette Caldwell, CSR in and for the State of Texas, reported by machine shorthand at the offices of City Hall, 601 S. Buchanan Street, Room 203, Amarillo, Texas 79101, pursuant to the Federal Rules of Civil Procedure and/or provisions stated on the record.

A P P E A R A N C E S

FOR THE PLAINTIFF:

Mr. Shawn D. Twing
MULLIN HOARD BROWN, LLP
500 S. Taylor Street, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
(806) 372-5050

- and -

Ms. Elizabeth Bones
MULLIN HOARD BROWN, LLP
2515 McKinney Avenue, Suite 900
Dallas, Texas 75201
(214) 754-0040

FOR THE DEFENDANT:

Ms. Bettye Lynn
LYNN LAW, PLLC
306 West Broadway Avenue
Fort Worth, Texas 76104
(817) 332-8504

ALSO PRESENT:

Ms. Leslie Spear Schmidt - Senior Assistant City Attorney
Chief Jeff Greenlee - Fire Chief

month?

A. It was in August.

Q. It was in August?

A. It was in August.

Q. Okay. And to the best of your recollection, what do you recall from that meeting with Mr. Garcia?

A. I recall Mr. Garcia inquiring about a workers' comp claim.

Q. Okay.

A. And I believe he asked about -- or he -- he brought up grievances that he had filed with the fire department.

Q. Okay. And do you recall how that meeting progressed? Were you able to help him with his questions?

A. I took in his concerns and then I had to look into --

Q. Okay.

A. -- told him I would look into them.

Q. Okay. Concerns regarding both the workers' comp claim and the grievances?

A. Yes.

Q. Okay. Let's hold off on that for just a minute, and we'll ask you about it. Are you familiar with the personnel policies of the City?

A. Grievances escalate up the chain of command.
Q. Okay.
A. And if they are escalated beyond the Chief to the City Manager, then they go through my office to the City Manager.
Q. Okay. Did -- Yeah. Did either one or two grievances, I'm not sure of the number --
A. Uh-huh.
Q. -- did any of the grievances that Pete referred -- talked to you about make it to the Mayor's office?
MS. LYNN: Objection, form.
A. You mean manager's office?
Q. (BY MR. TWING) I'm sorry, manager's office.
A. No, sir. Not -- not to my knowledge.
Q. Okay. So is it fair to say after this one conversation -- is that all the conversations you had with Pete about his grievances?
A. No, we had a secondary conversation.
Q. When did that -- when did that conversation occur?
A. I don't recall, but I believe it was in August as well.
Q. Okay. Was it close in time to --
A. Yes, it wasn't a long lapse in time. I don't

-- I don't remember though for sure.

Q. Okay. What was the basis of -- of that meeting? Or subject, I'm sorry. What was the subject of that meeting?

A. It was a followup --

Q. Okay.

A. -- to our first meeting.

Q. Okay. And did you do any followup after the first meeting regarding Pete's grievances?

A. As in what -- what do you -- what do you mean specifically?

Q. I mean did you do anything in response to Pete's comments to you regarding his grievances?

A. Yes.

Q. Okay.

A. I spoke with the -- the department --

Q. Okay.

A. -- about what Pete had come to my office --

Q. Who -- who in the -- who within the department did you talk to?

A. I believe I spoke with -- with Marc Lusk.

Q. Marc Lusk, okay.

A. And --

Q. Do you recall --

A. -- Jason Mays. I don't recall for sure --

Q. Okay.
A. -- who I spoke with initially, but I -- I believe I spoke with the two of them at some point.
Q. Okay. And is Mr. Lusk still employed by the City?
A. No, sir.
Q. Okay. And what about Mr. Mays?
A. Yes, sir.
Q. Okay. And what can you recall about those conversations?
A. They filled me in on what had occurred, similar to what Pete had did. Told me what -- what events had transpired and, if I -- if I recall, they told me during that time frame that they had attempted to contact Pete -- or someone in the fire department, I don't know exactly who -- but contact was made with Pete Garcia about his grievances.
Q. Okay.
A. But he was having difficulty responding.
Q. Okay. Do you know if Mr. Garcia was in town during this period of time?
A. I don't know.
Q. Okay. Do you -- do you have any knowledge as to where he might -- he was receiving treatment for his injury?

CHANGES AND SIGNATURE

WITNESS NAME: MITCH NORMAND

DATE OF DEPOSITION: 5/21/19

PAGE LINE CHANGE REASON FOR CHANGE

I, MITCH NORMAND, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

Mitchell Normand
MITCH NORMAND

THE STATE OF Texas )
COUNTY OF Potter )

Before me, Mitchell Normand, on this day personally appeared MITCH NORMAND, known to me (or proved to me under oath or through ___________________) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 18th day of June, 2019.

STACI GAFFNEY NOTARY PUBLIC STATE OF TEXAS 12411455-5 Exp. February 7, 2022

Staci Gaffney
NOTARY PUBLIC IN AND FOR THE STATE OF Texas